IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GILBERT DEMETRIUS AGUILAR,

    Plaintiff,                    3:12-cv-00397-HDM-WGC

  vs.                                ORDER

RENEE BAKER, *et al.*,

    Defendants.
_____/

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to Chief Judge Robert C. Jones for reassignment.

    Dated this 7th day of August, 2012.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE