1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

9   GILBERT DEMETRIUS AGUILAR,          Case No. 3:12-cv-00397-MMD-WGC

10                           Petitioner,          ORDER

11         v.

12   RENEE BAKER, et al.,

13                           Respondents.

14         Petitioner has filed a Motion for Appointment of Counsel (dkt. no. 16) and a

15   Motion for Enlargement of Time to file his opposition to the motion to dismiss (dkt. no.

16   12).  Previously, the Court denied petitioner's motion for counsel.  *See* Order (dkt. no.

17   15). However, based upon the renewed motion and upon the arguments posed by

18   respondents in their motion to dismiss, the Court has reconsidered the matter and

19   counsel shall be appointed.

20         The petition filed in this action includes five claims and includes a large volume of

21   exhibits. Petitioner faces multiple sentences including life without the possibility of

22   parole.  He alleges that he has been confined in segregated housing for some ten (10)

23   years and has no access to legal assistance or materials.  Moreover, respondents

24   argue that various of petitioner's claims should be dismissed or restated because they

25   are unclear and conclusory. These arguments confirm the petitioner's need for

26   assistance.

27         Therefore, the pending motion to dismiss shall be denied without prejudice and

28   the Federal Public Defender for the District of Nevada (FPD) shall be appointed to

1   represent petitioner.  If the FPD is unable to represent petitioner, due to a conflict of

2   interest or other reason, then alternate counsel for petitioner shall be located, and the

3   Court will enter a separate order appointing such alternate counsel.  In either case,

4   counsel will represent petitioner in all future federal proceedings relating to this matter

5   (including subsequent actions) and appeals therefrom, unless allowed to withdraw.

6         IT IS THEREFORE ORDERED that the motion to dismiss (dkt. no. 10) is

7   DENIED WITHOUT PREJUDICE.  Petitioner's Motion for an Enlargement of Time (dkt.

8   no. 12) is DENIED as moot.

9         IT IS FURTHER ORDERED that petitioner's Motion for Appointment of Counsel

10  (dkt. no. 16) is GRANTED.  The Federal Public Defender is appointed to represent

11  Petitioner.

12        IT IS FURTHER ORDERED that the Clerk shall ELECTRONICALLY SERVE the

13  Federal Public Defender for the District of Nevada (FPD) a copy of this Order, together

14  with a copy of the petition for writ of habeas corpus and its attachments (dkt. no. 8).

15  The FPD shall have thirty (30) days from the date of entry of this Order to file a notice of

16  appearance or to indicate to the Court its inability to represent petitioner in these

17  proceedings.

18        IT IS FURTHER ORDERED that, after counsel has appeared for petitioner in this

19  case, the Court will issue a scheduling order, which will, among other things, set a

20  deadline for the filing of a First Amended Petition.

21

22        DATED THIS 13th day of May 2013.

23

24        _____

25        MIRANDA M. DU
          UNITED STATES DISTRICT JUDGE

26

27

28