1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

9    GILBERT DEMETRIUS AGUILAR,                    Case No. 3:12-cv-00397-MMD-WGC

10                              Petitioner,                    ORDER

11              v.

12    RENEE BAKER, *et al.*,

13                              Respondents.

14

15         This habeas corpus action was stayed from May 19, 2015 (ECF No. 60) to June

16    7, 2016, while the petitioner, Gilbert Demetrius Aguilar, exhausted certain of his claims

17    in state court. In the order lifting the stay (ECF No. 65), the Court set a schedule for

18    further proceedings in the case. The first provision of the scheduling order granted

19    Aguilar thirty (30) days — to July 7, 2016 — to either file a third amended petition for

20    writ of habeas corpus or a notice stating that he will not file a third amended petition.

21    *See* Order entered June 7, 2016 (ECF No. 65) at 1-2. Aguilar did not file either by July

22    7, 2016.

23         On July 12, 2016, Aguilar filed a Motion for Leave to File Notice of No Third

24    Amended Petition (ECF No. 66). In that motion, Aguilar states that he will not file a third

25    amended petition.

26         Aguilar recognizes that the notice that he will not file a third amended petition

27    was filed five days after the deadline for such notice set by the Court. He states that this

28    was an oversight. The Court finds that Aguilar's late filing of the notice was a result of

excusable neglect. *See* LR 26-4. The Court will grant Aguilar's motion for leave to file his notice. And, in view of the delay, the Court will, *sua sponte*, extend the time for respondents to respond to Aguilar's second amended petition.

It is therefore ordered that petitioner's Motion for Leave to File Notice of No Third Amended Petition (ECF No. 66) is granted. Petitioner's notice has been filed (ECF No. 66); no further action by the Clerk of the Court is necessary in that regard.

It is further ordered that respondents will have until and including September 21, 2016, to file an answer or other response to petitioner's second amended petition for writ of habeas corpus (ECF No. 62). In all other respects, the schedule for further proceedings set forth in the order entered June 7, 2016 (ECF No. 65) will remain in effect.

DATED THIS 13TH day of July 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE